**No. 44141.**—Protests 959988–G, etc., of Bellows & Co., Inc. (New York).

Opinion by Tilson, J. From the sample and the testimony it clearly appeared that these bottles were designed primarily and exclusively by the plaintiff for the bona fide transportation of "Choicest Decanter Blended Scotch Whiskey" and that they were not designed for use otherwise than in the transportation of such merchandise to the United States. While it was found that they are not as unusual as the Haig & Haig pinch-bottles nor as the bottles covered by Abstract 41762, they were held dutiable at one-third of 1 cent per pound under paragraphs 217 and 810 as claimed.

BEFORE THE SECOND DIVISION, JULY 25, 1940

**No. 44142.**— Protests 898132–G, etc., of Atkinson Wade & Co. et al.

Opinion by Kincheloe, J. On the record the protests were sustained as to certain of the items in question.

BEFORE THE THIRD DIVISION, JULY 26, 1940

**No. 44143.**—Protest 31095–K of Maniello Bros. & Mayrsohn, Inc. (New York).

Opinion by Keefe, J. The record disclosed that the discharging inspector reported 250 crates of pineapples were not landed. In accordance with stipulation of counsel that the 250 crates of pineapples were not imported, it was held to be a nonimportation and the collector was directed to refund all duty taken thereon.

**No. 44144.**—Protest 965430–G/88184 of Butler Brothers (Chicago).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockinghamware in question was held dutiable at 25 percent under paragraph 210 as claimed.